copy of the typewritten or mimeographed appellant's points on the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., 100 Centre Street, New York 13, N. Y. is assigned as counsel for defendant for the purpose of the appeal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID PEAL.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Donald C. Lanza, Esq., U. S. Appeal Board, 500 Eighth Avenue, New York, New York is assigned as counsel for the defendant-appellant for the purpose of the appeal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ SANTA MASSA v. CAN SERVICE CO., INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SOL STEINHARDT.— Motion for order admitting defendant to bail denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LAURENCE CARROLL.— Motion for leave to reargue prior motion denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ TRITON INDUSTRIES LIMITED v. 72ND ST. AMUSEMENT CORP. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH WHITE.— Motion to dispense with printing denied, with leave to renew upon proper papers, which shall advise the court of the nature of the appeal as well as indicate some reasonable basis for the appeal. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ JOAN V. ROCCHIO v. BEL-AIR PROPERTIES CORP. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ GERHARD F. BECKHUSEN v. E. P. LAWSON COMPANY.— Motion for resettlement denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ MARY A. WILKINSON v. SAMUEL N. WILKINSON et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 31, 1960, with notice of argument for April 12, 1960, said appeal to be argued or